```
DINA L. SANTOS, Bar #204200
428 J STREET
Sacramento, California 95814
Telephone: (916) 447-0160
Fax: (916) 447-2988


Attorney for Defendant
MAXSIM KARASENI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )  CR. NO. S-07-122 EJG
                                 )
              Plaintiff,         )  ORDER
                                 )  TO CONTINUE JUDGEMENT AND
      v.                         )  SENTENCING
                                 )
                                 )  DATE:   January 21, 2009
MAKSIM KARASENI                  )  TIME:   10:00 a.m.
                                 )  COURT:  Hon. Edward J. Garcia
              Defendant.         )
                                 )
_____  )
                                 )
                                 )
                                 )
```

   Defendants, MAKSIM KARASENI, through his attorney of record, Dina Santos, and the United States of America, through Assistant U.S. Attorney Todd Leras, agree as follows:

   It is hereby stipulated that the Judgement and Sentencing currently set for December 10, 2008, be vacated and a date be scheduled on January 21, 2009 at 10:00 a.m.

   All counsel have consulted and have agreed to the new dates and

have consulted with United States Probation Officer Scott Storey.  Mr. Leras has authorized Ms. Santos to sign on his behalf.

                                      Respectfully submitted,

Dated: December 8, 2008        /S/ Dina L. Santos
                                      Dina L. Santos
                                      Attorney for Defendant
                                      MAKSIM KARASENI

DATED: December 10, 2008      McGREGOR W. SCOTT
                                      United States Attorney

                                      /S/ Todd Leras
                                      TODD LERAS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the date for Judgement and Sentencing currently set for December 10,2008, be vacated and a new date be scheduled on January 21, 2009 at 10:00 a.m.

DATED: December 8, 2008

                                      /s/ Eward J. Garcia
                                      HON. EDWARD J. GARCIA
                                      United States District Court Judge

2