| | |
|---|---|
| 1 | DINA L. SANTOS, Bar #204200 |
| | 428 J STREET |
| 2 | Sacramento, California 95814 |
| | Telephone: (916) 447-0160 |
| 3 | Fax: (916) 447-2988 |

Attorney for Defendant
MAKSIM KARASENI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-122 EJG |
| | ) | |
| Plaintiff, | ) | Amended ORDER |
| | ) | TO CONTINUE JUDGEMENT AND |
| v. | ) | SENTENCING |
| | ) | |
| | ) | DATE: April 24, 2009 |
| MAKSIM KARASENI | ) | TIME: 10:00 a.m. |
| | ) | COURT: Hon. Edward J. Garcia |
| Defendant. | ) | |

Defendants, MAKSIM KARASENI, through his attorney of record, Dina Santos, and VYACHESLAV ROTAR, through his attorney Joseph Welch, and the United States of America, through Assistant U.S. Attorney Todd Leras, agree as follows:

It is hereby stipulated that the Judgement and Sentencing currently set for March 6, 2009, be vacated and a date be scheduled on April 24, 2009 at 10:00 a.m.

All counsel have consulted and have agreed to the new date and have consulted with United States Probation Officer Scott Storey. All counsel have authorized Ms. Santos to sign on their behalf.

Respectfully submitted,

Dated: March 4, 2009        /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for Defendant
                            MAKSIM KARASENI

Dated: March 4, 2009        /S/ Joseph Welch
                            JOSEPH WELCH
                            Attorney for Defendant
                            VYACHESLAV ROTAR

DATED: March 4, 2009        /S/ Todd Leras
                            TODD LERAS
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the date for Judgement and Sentencing currently set for March 6, 2009, be vacated and a new date be scheduled on April 24, 2009 at 10:00 a.m.

DATED: March 4, 2009        /s/ Edward J. Garcia
                            EDWARD J. GARCIA
                            United States District Court Judge

2